AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lynn Robles

                              Plaintiff,

     v.

Snap Advances, LLC

                              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00165-JCM-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiff.

| | |
|---|---|
| 7/24/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |